USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1096 UNITED STATES, Appellee, v. CARLOS RENE GONZALEZ-CORREA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Daniel R. Dominguez, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Lucien B. Campbell, Acting Federal Public Defender, and Laura ___________________ _____ Maldonado Rodriguez, Assistant Federal Public Defender, on brief for ___________________ appellant. Guillermo Gil, United States Attorney, Nelson Perez-Sosa, Antonio _____________ _________________ _______ R. Bazan, Assistant United States Attorneys, and Jose A. Quiles- ________ _________________ Espinosa, Senior Litigation Counsel, on brief for appellee. ________ ____________________ June 20, 1997 ____________________ Per Curiam. Upon careful review of the parties' briefs __________ and the record, we find no reason to overturn the district court's conclusion. We cannot say that the district court's findings were clearly erroneous. The sentence is affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-